UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:**
**09-20194-CIV-MORENO**

MOISES E. BURE,

    Plaintiff,

vs.

WALTER A. McNEIL,

    Defendant.

_____/

**CLOSED CIVIL CASE**

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING THE PETITION

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Petitioner Moises E. Bure's Petition for Writ of *Habeas Corpus* (D.E. No. 1), filed on **January 23, 2009**. The Magistrate Judge filed a Report and Recommendation (D.E. No. 30) on **February 8, 2010**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation (D.E. No. 30) on **February 8, 2010** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)     this petition for writ of *habeas corpus* is DISMISSED without prejudice.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th day of February, 2010.

FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White
Counsel of Record